```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0038--CR (HRH)
                           "USA V ANECIA O. APOKEDAK"
                          DEF 1.1 APOKEDAK, ANECIA O.

             Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:
              Filed: 02/19/98
             Closed: 05/28/98
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Steven Skrocki
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 APOKEDAK, ANECIA O.

 Document           Count     Citation and Description                         Disposition
 _____           _____     _____                         _____
     1 -   1 INF      1       18:500 FRAUDULENT MONEY ORDERS [F]               Terminated
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A98-0038--CR (HRH)
                                    "USA V ANECIA O. APOKEDAK"

                                       For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
             Filed: 02/19/98
            Closed: 05/28/98
 No. of Defendants: 1


  Document #   Filed        Docket text


       1 -  1  02/19/98     [Re: DEF 1] PLF 1 Information.

       2 -  1  02/19/98     [Re: DEF 1] PLF 1 Plea Agreement.

       3 -  1  02/19/98     [Re: DEF 1] Unopposed Motion [request] for hearing to be set 2/25/98 or
                            2/27/98.

       4 -  1  02/24/98     [Re: DEF 1] HRH Minute Order setting arraignment/entry of plea for
                            2/25/98 at 1:00 p.m.. cc:USA, FPD, PTS, USM.

       5 -  1  02/25/98     DEF 1 Waiver of indictment.

       6 -  1  02/25/98     [Re: DEF 1]HRH Order setting conditions of release as stated; def shall
                            next appear at Anchorage, Ak on 5/5/98 at 8:30am. cc:USA, FPD, USM, PO.

       7 -  1  02/26/98     [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] Arraignment/EOP [held
                            2/25/98] waiver of indictment filed; pled G to ct I; IOS set for 5/5/98
                            at 8:30am;def released on O/R. cc: USA, FPD, USM, PO.

       8 -  1  04/16/98     DEF 1 Unopposed Motion to continue IOS currently set for 05/05/98.

       9 -  1  04/20/98     [Re: DEF 1] HRH Order that motion to continue sentencing is granted; IOA
                            is rescheduled for 5/28/98 at 8:30am. cc:USA, FPD, USM, PO

      10 -  1  04/21/98     [Re: DEF 1] PLF 1 Sentencing Memorandum.

      11 -  1  05/22/98     DEF 1 Sentencing Memorandum.

      12 -  1  05/28/98     [Re: DEF 1] HRH Court Minutes [ECR: Jennifer Gamble/Helen Gill] IOS
                            [held 5/28/98] sent 5 months; special assessment $100; restitution
                            $31,540; defended remanded to USM.

      13 -  1  05/28/98     [Re: DEF 1] HRH Judgment, def pled guilty to ct I of
                            information;sentenced 5 months;supervised release 3 years;special
                            assessment $100.; restitution $31,540.cc: USA, FPD, USM, PO, A. Apokedak
                            [w/cnsl cpy], Carmen, Finance

      14 -  1  06/04/98     DEF 1 appeal to 9CCA of (13-1) filed 05/28/98. cc:cnsl, Judge,
                            Probation, 9CCA 98-30176

      15 -  1  06/08/98     [Re: DEF 1] Partial Transcript re: IOS held 5/28/98.

      16 -  1  06/18/98     [Re: DEF 1] Copy of 9CCA Time Schedule Order.  cc:  cnsl, 9CCA (orig).

      17 -  1  07/07/98     [Re: DEF 1] Partial Transcript of IOS held 05/28/98.

      18 -  1  07/17/98     [Re: DEF 1] Copy of CJA 24 autorizaiton & voucher for payment in the
                            amount of $117.00 w/att invoice.


 ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                          Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A98-0038--CR (HRH)
                                    "USA V ANECIA O. APOKEDAK"

                                       For all filing dates


 Document #     Filed       Docket text
 ──────────     ─────       ──────────
 NOTE -   1    01/22/99     Notation: Entire record consisting of (1) Vol original clerk's file
                            forwarded to 9CCA.

    19 -  1    03/25/99     [Re: DEF 1] HRH Order and report re: modifying  conditions of supervised
                            release as stated.  cc: PO

    20 -  1    04/05/99     [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (14-1) that
                            the district court's decision is AFFIRMED.  cc:  cnsl, Judge Holland.

 NOTE -   2    10/11/00     Notation (re: Appeal): Entire record consisting of (1) Vol original
                            clerk's file received from 9CCA.

    21 -  1    10/30/01     [Re: DEF 1] JWS Order and report that def is discharged from s/r & that
                            proceddings are terminated.  cc: PO

 NOTE -   3    04/08/02     Issued: writ of execution on DEF 1 re: PFD.

    22 -  1    04/08/02     [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

    23 -  1    10/25/02     USM Return of svc on writ of execution re: DEF 1 partially satisfying
                            writ in the amt $1,538.76 (receipt 00118864) on 4/18/02.

    24 -  1    11/21/02     [Re: DEF 1] PLF 1 motion to release attached PFD funds

    25 -  1    12/10/02     [Re: DEF 1] HRH Order granting mot to release attached PFD funds (24-1)
                            in the amount of $1,538.76. cc: USA, Finance

    26 -  1    06/27/05     [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

 NOTE -   4    06/29/05     Issued: writ of exeution re: DEF 1 on PFD.

    27 -  1    10/28/05     USM Return of svc on writ of execution re: PFD  re: DEF 1 executed on
                            5/16/05 for the amount of $676.61.

    28 -  1    11/15/05     [Re: DEF 1] PLF 1 motion to release attached PFD funds.
```